IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ELMI ABDI, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 3:15-cv-01162 |
| | ) Judge Trauger |
| CHERRY LINDAMOOD, | ) |
| | ) |
| Petitioner. | ) |

**O R D E R**

On August 19, 2019, the magistrate judge issued a Report and Recommendation (Docket No. 54), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Petition seeking *habeas corpus* relief under 28 U.S.C. § 2254 (Docket No. 1-1) is DENIED, and this case is DISMISSED with prejudice.

It is so **ORDERED**.

ENTER this 10th day of September 2019.

_____
ALETA A. TRAUGER
U.S. District Judge